```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF ALABAMA
                              NORTHERN DIVISION
```

BATCH SAHO,                           :

    Petitioner,                       :

vs.                                   :      CIVIL ACTION 06-00525-WS-B

DAVID O. STREIFF, *et al.*,           :

    Respondents.                      :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is ADOPTED as the opinion of this Court.

It is ordered that this habeas petition be DENIED and that this action be DISMISSED.

    **DONE** this 26th day of June, **2008.**


                  s/WILLIAM H. STEELE
                  UNITED STATES DISTRICT JUDGE