```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

BATCH SAHO,                     :

    Petitioner,                 :

vs.                             :     CIVIL ACTION 06-00525-WS-B

DAVID O. STREIFF, *et al.*,     :

    Respondents.                :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be DISMISSED WITHOUT PREJUDICE.

**DONE** this 26th day of June, **2008.**

                s/WILLIAM H. STEELE
                UNITED STATES DISTRICT JUDGE